IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>LORRAINE S. ROSSITER,<br><br>       *Debtor*<br>_____<br><br>LORRAINE S. ROSSITER,<br><br>       Appellant,<br><br>   v.<br><br>BETTY SIMON,<br><br>       Appellee. | HON. JEROME B. SIMANDLE<br><br>Civil No. 08-1192 (JBS)<br><br>ORDER |

    This motion for emergency stay of eviction, filed June 20, 2008, by Lorraine Rossiter, personally, seeks to stay an eviction scheduled for June 2, 2008; and

    It appears that Ms. Rossiter is represented by counsel, Charles Izzo, Esq., according to the docket of this appeal, and that Mr. Izzo has not subscribed to this motion; and

    Even if Mr. Izzo is not representing Ms. Rossiter, the movant has not given notice of this emergency application to adverse counsel, namely, to Keith A. Bonchi, Esq. and U.S. Trustee Isabel Balboa, Esq. and this application is therefore improper; and

    It also appears that Ms. Rossiter does not have a reasonable prospect of success in this appeal from an order of the

Bankruptcy Court, nor does she give any legal basis why the eviction should be stayed pending appeal;

IT IS this \_\_\_20th\_\_\_ day of June, 2008 hereby

ORDERED that the application for emergency stay of eviction is DENIED.

JEROME B. SIMANDLE
U.S. District Judge