United States District Court
District of New Jersey

RECEIVED CLERK

2008 JUL 25 P 2: 20

Lorraine Rossiter Pro Se

vs

Betty Simon, Trustee LLC

Motion

To expidite the appeal originally
scheduled for May 5, 2008
Docket # 1:08cvc1192 JBS

I Lorraine Rossiter the Debtor of 74 Girard Ave.
Oriae, NJ.

Keith Bonchi attig for Betty Simon Trustee
Goldberg, Mackless, Shyegh & Minty, Pfeffer, Bonchi
and Gail PC
666 New Road, Suite 1-1
Northfield, NJ 08225

I am asking the court to rule on my appeal
originally scheduled for May 5, 2008.

It is imperative that a division is made regarding
the appeal Mr. Charles Izzo, made on my behalf.
Mr. Izzo and parted ways on May 2nd 2008. Without
a decision I am unable to move forward and reclaiming
my home, my only residence.

On June 20th I appeared Pro Se with only my Service
dog before Your Honorable Judge Mary Ora Colalilea

I was there in Superior Court Docket #713889-06 a motion to Vacate the final foreclosure of my property. In April my family and I were in her court at the time and she told Mr. Oyyo my attorney and us, she could not make a ruling as we had an appeal in Bankrupcy District Court, a may 9th hearing was cancelled still nothing on appeal.

On June 20th I went to court alone as there was still no decision on District Bankrupcy Appeal.

The next thing I knew she denied the appeal and allowed the final Judgement of foreclosure. Judge Cahelic I feel disrespected me and was not respectfull of my fragile condition. When I ask her to repeat something she made some sort of statement, but did not answer my question. (Outside in the hall as I sobbed her Court Attendant came out and told me what to do.

As I left the building with Maggie somehow I landed on the ground. I was quickly put on a bench and attended to by strangers and a Sheriffs Office. When I felt stable a Sheriffs officer escorted me to the Bankrupcy court bldg.

I filed an emergency stay of Eviction and after waiting 3 hrs or more. It was denied. For the record I would have expected 7 days to get an attorney and I was Pro Se and obviously fragile.

On Monday June 23, 2008 I was removed from my only residence by the Camden County Sheriff Dept and the property managed for Betty Simon.

This action has left me homeless and devastated. I am 64 years of age on Social Security Disability and emotional unstable due to depression and an anxiety disorder. The decision to remove me from my home in 48 hours has been devastating.

I'm asking to court to rule the appeal as soon as possible so that I can take action to return to my home. Sooner rather than later. At this time no further action on my behalf can be done until a ruling on the appeal is decided.

Respectfully

July 25, 2008

Lorraine Rossiter, Pro Se