Charles M. Izzo, Attorney "CI-4691"
P.O. Box 2936
534 Cooper Street
Camden, New Jersey  08102
(856) 757-0550 (Fax 856-757-9071)

RECEIVED
... CLERK

2008 NOV 14  A 11: 48

... COURT

| In Re: Lorraine Rossiter | : | United States Bankruptcy Court |
| Debtor | : | District of New Jersey-Camden |
| Chapter 13 No. 07-27999 GMB: | | SUBSTITUTION OF ATTORNEY |
| | : | |

To: The Clerk of the Bankruptcy Court          08cv1192

PLEASE TAKE NOTICE of the following substitution of Attorney and

enter the same upon the docket of the Court.

Withdrawing Attorney          SUBSTITUTING ATTORNEY

Charles M. Izzo               Lorraine Rossiter, Pro Se

534 Cooper Street,            *Have not hired new atty, still
                               seeking representation*

Camden, NJ 08102

856-757-0550

s/ Charles M. Izzo                    *Lorraine Rossiter*
                                      s/Lorraine Rossiter
Charles M. Izzo

4/24/08


U.S. BANKRUPTCY COURT
FILED
CAMDEN NJ
08 MAY -2  AM 9: 42
JAMES J. WALDRON
BY _____
DEPUTY CLERK